**Appeal Dismissed and Memorandum Opinion filed October 19, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00287-CV

**UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, AND GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, Appellants**

**V.**

**CLEAR VISION WINDSHIELD REPAIR, LLC, Appellee**

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2019-62868**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 21, 2021. The notice of appeal was filed May 24, 2021 after a motion for new trial was timely filed.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements

to pay for the record. On September 9, 2021, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, by September 24, 2021, appellants made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

In addition, no appellant has paid the filing fee of $205.00, and no evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. The court notified all parties on September 9, 2021 that unless appellants paid the filing fee to the clerk of this court, the appeal would be dismissed. Appellants filed no reply regarding the filing fee.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.